UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV20-1144-JGB(SPx)                                    Date: March 7, 2022

Title   <u>Felipe Hernandez v. County of San Bernardino</u>

Present: The Honorable:   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| M. Galvez/T. Carrillo | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Krista R. Hemming (ZOOM) | Adam Miederhoff |

**Proceedings:** FINAL PRETRIAL CONFERENCE

The Court and counsel confer. The Court orders counsel to meet and confer and submit a new proposed trial schedule.

**IT IS SO ORDERED.**

:03
**Initials of Preparer**   MG/TC