ADAM L. MIEDERHOFF (CA State Bar No. 261913)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5446
Facsimile: (909) 387-4069
E-Mail: adam.miederhoff@cc.sbcounty.gov

Attorneys for Defendants, San Bernardino County, Gary Esmond, and Donny Mahoney

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPE'S, INC., a California corporation dba Pepe's Towing<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RANCHO CUCAMONGA, charter city organized under the laws of the State of California; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a division of the County of San Bernardino; COUNTY OF SAN BERNARDINO, a public entity; GARY ESMOND, an individual; DONNY MAHONEY, an individual; JOHN GILLISON, an individual; JAMES MARKMAN, an individual; L. DENNIS MICHAEL, an individual; LYNNE B. KENNEDY, an individual; RYAN A. HUTCHISON, an individual; KRISTINE D. SCOTT, an individual; and SAM SPAGNOLO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  5:20-cv-02506-JGB-SP<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br><u>Current Dates</u><br>FPTC: August 8, 2022<br>Trial Date: August 23, 2022<br><br><u>Proposed Dates</u><br>FPTC: November 7, 2022<br>Trial Date: November 29, 2022<br><br><br>Honorable District Court Judge<br>Jesus G. Bernal<br><br><br>Honorable Magistrate Judge<br>Sheri Pym |

TO THE HONORABLE JESUS G. BERNAL, UNITED STATES DISTRICT COURT JUDGE:

The parties, through their respective counsel of record, have met and conferred and have stipulated to the following:

WHEREAS, this lawsuit involves claims of Federal civil rights violations relating to the termination of a contract for Plaintiff PEPE'S, INC., a California corporation dba Pepe's Towing, to provide tow services in the City of Rancho Cucamonga;

WHEREAS, Plaintiff filed their original complaint on December 2, 2020, and served the complaint and summons shortly thereafter;

WHEREAS, after an extension of time, Defendants San Bernardino County, Gary Esmond, and Donny Mahoney, filed an Answer on January 27, 2021;

WHEREAS, after an extension of time, Defendants City of Rancho Cucamonga, John Gillison, James Markman, Dennis Michael, Lynne Kennedy, Ryan A. Hutchinson, and Sam Spagnolo, filed an Answer on January 27, 2021;

WHEREAS, following all appearances in the matter, and after a Rule 26 joint report was submitted, the parties began exchanging initial disclosures and written discovery;

WHEREAS, on August 24, 2021, this Court issued a Civil Scheduling Order, setting this case for jury trial on August 23, 2022, and, among other dates, a discovery cut-off of April 11, 2022, a mediation deadline of May 9, 2022, and a motion cut-off of June 27, 2022;

WHEREAS, given the issues of the case, which involve city towing contracts that date back to 2017, including tow assignments and tow records for those years, the document production has taken months to complete and continues to this day;

WHEREAS, the parties also began coordinating depositions, but the timing of the depositions has been delayed due to the efforts to sort through and identify the voluminous documents applicable for production, and the additional records being sought;

WHEREAS, the parties have multiple depositions to complete before the fast-approaching deadlines, and considering the additional documents to produce and the

multiple depositions to complete, the parties are not able to complete the depositions before the discovery and related deadlines;

WHEREAS, the parties also seek to ensure mediation is a meaningful effort with all needed information exchanged amongst the sides;

WHEREAS, in light of the time needed to complete discovery and prepare for mediation, the parties hereby stipulate and request that this Court continue the trial date, the final pre-trial conference date, and the related deadlines, including the discovery deadline, by approximately ninety (90) days;

WHEREAS, the parties propose the following continued dates:

- Deadline for Initial Designation of Expert Witnesses: June 13, 2022
- Deadline for Designation of Rebuttal Expert Witnesses: June 27, 2022
- All Discovery cut-off (including hearing of discovery motions): July 11, 2022
- Dispositive Motion Hearing Cut-Off: September 26, 2022;
- Last day to conduct Settlement: Conference: August 8, 2022;
- Final Pretrial Conference: November 7, 2022, at 11:00 a.m.; and
- Jury Trial: November 29, 2022, at 8:00 a.m.

////

////

////

////

////

////

////

////

////

////

////

////

**IT IS SO STIPULATED:**

DATED: March 9, 2022                LARSON LLP


                                    /s/ R.C. HARLAN
                                    R.C. HARLAN, Esq.
                                    Attorneys for Plaintiff,
                                    PEPE'S, INC., a California corporation dba Pepe's
                                    Towing

DATED: March 9, 2022                TOM BUNTON
                                    County Counsel


                                    /s/ ADAM L. MIEDERHOFF
                                    ADAM L. MIEDERHOFF
                                    Deputy County Counsel
                                    Attorneys for Defendant,
                                    San Bernardino County, Gary Esmond, and Donny
                                    Mahoney

DATED: March 9, 2022                WATSON & GERSHON


                                    /s/ ROBERT C. CECCON
                                    ROBERT C. CECCON, Esq.
                                    Attorneys for Defendants,
                                    City of Rancho Cucamonga, John Gillison, James
                                    Markman, Dennis Michael, Lynne Kennedy,
                                    Ryan A. Hutchinson, and Sam Spagnolo

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES