ADAM L. MIEDERHOFF (CA State Bar No. 261913)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5446
Facsimile: (909) 387-4069
E-Mail: adam.miederhoff@cc.sbcounty.gov

Attorneys for Defendants, County of San Bernardino and Lucas Gaytan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE JESUS HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JOHN MCMAHON, in his capacity as San Bernardino County Sheriff; LUCAS GAYTAN; DOES 1-10, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino, California,<br><br>　　　　　Defendants. | Case No. 5:20-cv-01144 JGB (SPx)<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL**<br><br>Current FPTC: March 7, 2022<br>Current Trial Date: March 22, 2022<br><br>Proposed FPTC: April 11, 2022<br>Proposed Trial Date: April 26, 2022<br><br>Honorable District Judge Jesus G. Bernal<br><br>Honorable Magistrate Judge Sheri Pym<br><br>Complaint filed: June 5, 2020 |

　　　　TO THE HONORABLE JESUS G. BERNAL, UNITED STATES DISTRICT COURT JUDGE:

　　　　The parties, through their respective counsel of record, have met and conferred and

1

**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL**

have stipulated to the following:

WHEREAS, this lawsuit involves claims of Federal civil rights and state statutory causes of action related to an incident involving San Bernardino County Sheriff's Department deputies on June 2, 2018;

WHEREAS, the parties, through their respective trial counsel, appeared at the final pre-trial conference hearing on March 7, 2022;

WHEREAS, this Court advised the parties that a trial continuance was needed, and counsel was asked to agree upon a new date for trial in the late April 2022 time frame;

WHEREAS, the parties have meet and conferred, and the next available date for the parties for trial is April 26, 2022, with a final pretrial conference on April 11, 2022;

WHEREFORE, the parties, through their counsel of record, stipulate to a continued trial date of April 26, 2022, and a continued final pretrial conference on April 11, 2022, and that the remaining pretrial obligations will be due in connection with the new final pretrial conference date.

**IT IS SO STIPULATED:**

DATED: March 15, 2022     THE HEMMING FIRM

_____
Krista R. Hemming, Esq.
Attorney for Plaintiff

DATED: March 15, 2022     TOM BUNTON
County Counsel

_____
ADAM L. MIEDERHOFF
Deputy County Counsel
Attorneys for Defendants, County of San Bernardino and Lucas Gaytan

2

**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL**