Krista R. Hemming, SBN 304213
The Hemming Firm
419 Main Street, Suite 262
Huntington Beach, CA 92648
Tel: (949) 903 - 7650
Fax: (949) 258 - 5963
E-mail: thehemmingfirm@gmail.com

Attorney for Plaintiffs, FELIPE JESUS HERNANDEZ

ADAM L. MIEDERHOFF (CA State Bar No. 261913)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5446
Facsimile: (909) 387-4069
E-Mail: adam.miederhoff@cc.sbcounty.gov

Attorneys for Defendant, LUCAS GAYTAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE JESUS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JOHN MCMAHON, in his capacity as San Bernardino County Sheriff; LUCAS GAYTAN; DOES 1-10, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino, California,<br><br>Defendants. | Case No. 5:20-cv-01144 JGB (SPx)<br><br>**[PROPOSED] JOINT STATEMENT OF THE CASE**<br><br>FPTC: April 11, 2022, 11:00 a.m.<br>Trial: April 26, 2022, 9:00 a.m.<br><br>Honorable District Judge Jesus G. Bernal<br><br>Honorable Magistrate Judge Sheri Pym |

1
**[PROPOSED] JOINT STATEMENT OF THE CASE**

Plaintiff, FELIPE JESUS HERNANDEZ, and Defendant, LUCAS GAYTAN, hereby submit the following joint statement of the case:

### JOINT STATEMENT OF THE CASE

This case arises out of the arrest of Plaintiff Felipe Jesus Hernandez by Defendant Lucas Gaytan, a Sergeant with the San Bernardino County Sheriff's Department, on June 2, 2018. Plaintiff claims the arrest was not based upon probable cause, and that the arrest was done in retaliation for exercising his first amendment rights. Defendant disputes these allegations, and maintains that the arrest was based upon probable cause that Plaintiff committed a crime.

Plaintiff claims damages as result of the alleged unlawful arrest. Defendant disputes the nature and extent of his alleged damages.

THE HEMMING FIRM

DATED: April 19, 2022                By:  /s/ KRISTA R. HEMMING
                                          KRISTA R. HEMMING
                                          Attorneys for Plaintiff
                                          FELIPE JESUS HERNANDEZ


TOM BUNTON
County Counsel


DATED: April 19, 2022                By:  /s/ ADAM L. MIEDERHOFF
                                          ADAM L. MIEDERHOFF
                                          Attorneys for Defendant
                                          LUCAS GAYTAN