REDACTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



JURY NOTE

JURY NOTE • NUMBER  1 

Case No. EDCV20-01144-JGB(SPx)

Title: Felipe Hernandez v. County of San Bernardino, et al.
================================================================

☐  The Jury has reached a unanimous verdict.
☑  Other:

_____[REDACTED]_____ will be the foreperson of the jury.

We expect to be completed with deliberations by 4:30pm today.

Dated this __28__ day of __April__, 20_22_

Time: 12 : 07 am/**pm**

_____[REDACTED]_____
Foreperson of the Jury

Court's Response: