REDACTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION


FILED
CLERK, U.S. DISTRICT COURT
APR 2 8 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

## JURY NOTE • NUMBER 2

Case No. EDCV20-01144-JGB(SPx)

Title: Felipe Hernandez v. County of San Bernardino, et al.

==============================================================================

☒ The Jury has reached a unanimous verdict.
☐ Other:

_____
_____
_____
_____
_____
_____
_____

Dated this  28th  day of  April , 20 22

Time: 2 : 00 am/pm

_____
Foreperson of the Jury

Court's Response: