# LIST OF EXHIBITS AND WITNESSES

| | | |
|---|---|---|
| **Case Number** | EDCV20-01144-JGB(SPx) | **Title** Felipe Hernandez v. County of San Bernardino, et al. |
| **Judge** | Jesus G. Bernal | |
| **Dates of Trial or Hearing** | April 26, 2022 - April 28, 2022 | |
| **Court Reporters or Tape No.** | Phyllis A. Preston/Myra Ponce | |
| **Deputy Clerks** | Maynor Galvez/Tanisha Carrillo | |

**FILED**
CLERK, U.S. DISTRICT COURT
04/27/22
CENTRAL DISTRICT OF CALIFORNIA
BY: tc DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Krista R. Hemming | Adam Miederhoff |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 15 | 4/26/22 | 4/27/22 | 15 | 4/26/22 | 4/27/22 | Video | Pl/Deft. |
| 16 | 4/26/22 | 4/27/22 | 16 | 4/26/22 | 4/27/22 | Video | Pl/Deft. |
| 17 | 4/27/22 | 4/27/22 | 17 | 4/27/22 | 4/27/22 | Google Map Photo | Pl/Deft. |
| | | | | | | | |
| | | | | | | Felipe Hernandez | Plaintiff |
| | | | | | | Marcus Young | Defendant |
| | | | | | | Lucas Gaytan | Defendant |