UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV20-01144-JGB(SPx) |
| Title: | Felipe Hernandez v. County of San Bernardino, et al. |
| Date | April 28, 2022 |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| M. Galvez/T. Carrillo | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Krista R. Hemming | Adam Lee Miederhoff |

___ Day Court Trial     3rd Day Jury Trial

___ One day trial;   ___ Begun (1st day);   ___ Held & Continued;   ✔ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
✔ Closing arguments made by   ✔ plaintiff(s)   ✔ defendant(s).   ✔ Court instructs jury.
✔ Bailiff(s) sworn.   ✔ Jury retires to deliberate.   ___ Jury resumes deliberations.
✔ Jury Verdict in favor of   ___ plaintiff(s)   ✔ defendant(s) is read and filed.
✔ Jury polled.   ___ Polling waived.
✔ Filed Witness & Exhibit Lists   ✔ Filed jury notes.   ✔ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
√ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
√ Other:   Lodged electronic deposition were returned to counsel.

                                                                  2 : 10
Initials of Deputy Clerk   mg/tc

cc: