ADAM L. MIEDERHOFF (CA State Bar No. 261913)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5446
Facsimile: (909) 387-4069
E-Mail: adam.miederhoff@cc.sbcounty.gov

JS-6

Attorneys for Defendants, County of San Bernardino and Lucas Gaytan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE JESUS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JOHN MCMAHON, in his capacity as San Bernardino County Sheriff; LUCAS GAYTAN; DOES 1-10, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino, California,<br><br>Defendants. | Case No. 5:20-cv-01144 JGB (SPx)<br><br>JUDGMENT AFTER TRIAL BY JURY AND ORDER<br><br>Trial: April 26, 2022<br><br>Honorable District Judge Jesus G. Bernal<br><br>Honorable Magistrate Judge Sheri Pym |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On June 3, 2020, Plaintiff FELIPE JESUS HERNANDEZ ("Plaintiff") commenced this civil lawsuit. (Dkt. No. 1.) On June 26, 2020, Plaintiff filed a first amended complaint against the COUNTY OF SAN BERNARDINO (the "COUNTY"), the SAN

BERNARDINO SHERIFF'S DEPARTMENT, SAN BERNARDINO COUNTY SHERIFF JOHN MCMAHON, and DEPUTY LUCAS GAYTAN ("GAYTAN"). (Dkt. No. 11.) On August 27, 2020, the Court granted the COUNTY's motion to dismiss all claims against the County within the first amended complaint, with leave to amend. (Dkt. No. 19.)

Plaintiff filed a second amended complaint on September 3, 2020, naming only the COUNTY and GAYTAN as Defendants. (Dkt. No. 20.) The second amended complaint, which was the operative complaint, asserts five causes of action: (1) unreasonable seizure in violation of the Fourth Amendment under 42 U.S.C. § 1983 against GAYTAN; (2) violation of First Amendment right to free speech under 42 U.S.C. § 1983, against GAYTAN; (3) false arrest, against GAYTAN; (4) Monell liability under 42 U.S.C. § 1983, against the COUNTY; and (5) violation of the Bane Act, Cal. Civ. Code § 52.1, against GAYTAN. (See SAC, Dkt. No. 20.)

On June 28, 2021, Defendants COUNTY and GAYTAN filed a motion for summary judgment. (the "Motion," Dkt. No. 29.) On August 13, 2021, the Court issued an Order granting the Motion in part and denying the Motion in part. (Dkt. No. 41.) The Order was to deny the Motion as to the first, second, and third causes of action, and to grant the Motion as to the fourth and fifth causes of action, dismissing the fourth and fifth causes of action. (See Order, Dkt. No. 41.) This meant that there was no longer a cause of action against the COUNTY. The first, second, and third causes of action were against GAYTAN only.

The action then proceeded to trial on April 26, 2022, in Courtroom 1 of the United States District Court, Central District of California, before United States District Judge, Jesus G. Bernal. Plaintiff was represented by attorney Krista Hemming. Defendant GAYTAN was represented by attorney Adam Miederhoff of the San Bernardino County Office of the County Counsel.

A jury of eight persons were regularly empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and

admitted into evidence. Before closing arguments of counsel, Plaintiff voluntarily dismissed his third cause of action for false arrest against GAYTAN.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues (first cause of action for unreasonable seizure in violation of the Fourth Amendment under 42 U.S.C. § 1983 against GAYTAN, and second cause of action for violation of First Amendment right to free speech under 42 U.S.C. § 1983 against GAYTAN), if after proper deliberations, they could do so. On April 28, 2022, the jury deliberated and returned to Court with a unanimous verdict in favor of Defendant GAYTAN.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of Defendants, and against Plaintiff;

That the Plaintiff take nothing; and,

That Defendants shall recover costs from Plaintiff in accordance with applicable law.

DATED: May 20, 2022

_____
Hon. Judge Jesus G. Bernal,
U.S. District Court Judge